Clerk of Court of Appeals                                    July 6, 2015

I Albert Piatt Case No. 11-14-00238-CR Tr.CT.No.14229,
I sent a Appellant's pro se petition to the Appeals
Court. And I would like to know what is going on
with my Appeal. I am still in Tulia Unit.
You sent me a post card it is under Review. I
have not talk to any Attorney About my case.
Did you received my Brief that I sent in to you?

Sincerely yours
Albert M Piatt
TDC# 1955398 Dorm P-28
July 6, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 13 2015
Abel Acosta, Clerk